IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Koen, Narvell

Printed: 1/29/08

Case Number: 05 B 30613
Judge: Wedoff, Eugene R
Filed: 8/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  December 13, 2007
Confirmed: September 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,086.00 |
| Trustee Fee: |  | 114.00 |
| Other Funds: |  | 0.00 |
| Totals: | 2,200.00 | 2,200.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,782.70 | 2,086.00 |
| 2. | Capital One Auto Finance | Secured | 20,344.09 | 0.00 |
| 3. | Capital One Auto Finance | Unsecured | 0.01 | 0.00 |
| 4. | Capital One | Unsecured | 83.92 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 24.00 | 0.00 |
| 6. | America's Financial Choice Inc | Unsecured | 8.85 | 0.00 |
| 7. | SBC | Unsecured | 60.93 | 0.00 |
| 8. | HSBC Taxpayer Financial Services | Unsecured | 285.84 | 0.00 |
| 9. | Loan Express Company | Unsecured | 34.30 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 19.86 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 235.36 | 0.00 |
| 12. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 13. | BMG Music Service | Unsecured |  | No Claim Filed |
| 14. | Core Com | Unsecured |  | No Claim Filed |
| 15. | IQ Tel | Unsecured |  | No Claim Filed |
| 16. | Core Com | Unsecured |  | No Claim Filed |
| 17. | First Premier | Unsecured |  | No Claim Filed |
| 18. | Corporate Receivables Inc | Unsecured |  | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 20. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 21. | National Quick Cash | Unsecured |  | No Claim Filed |
| 22. | Loan Express Company | Unsecured |  | No Claim Filed |
| 23. | Maximum Recovery Solutions | Unsecured |  | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 25. | Sprint PCS | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Koen, Narvell

Printed: 1/29/08

Case Number: 05 B 30613
Judge: Wedoff, Eugene R
Filed: 8/4/05

| | | | | |
|---|---|---|---|---|
| 26. | TCF Bank | Unsecured | | No Claim Filed |
| 27. | Content | Unsecured | | No Claim Filed |
| 28. | Telecom USA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,879.86 | $ 2,086.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 66.00 |
| 4.8% | 48.00 |
| | _____ |
| | $ 114.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____